IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| BRITTANY DAWN BURGE,<br><br>    Plaintiff,<br><br>    vs.<br><br>MATTHEW NATHAN SWANN and S3 FOODS, a Utah Limited Liability Company,<br><br>    Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br><br>Case No. 2:08–CV-301 |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Samuel Alba on December 16, 2008, recommending that Plaintiff's Complaint be dismissed for failure to prosecute and failure to respond to an Order to Show Cause issued by the Court on November 10, 2008.

The parties were notified of their right to file objections to the Report and Recommendation within ten (10) days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the

Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation and DISMISSES Plaintiff's Complaint.

IT IS SO ORDERED.

Dated this 5th day of January, 2009.

_____
Dee Benson
United States District Judge